**SEALED FILED**

JAN 30 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DIANTE ANTOINE JOHNSON, <br><br> Defendant. | CASE NO. 2:20-MJ-0020-KJN <br><br> SEALING ORDER <br><br> **UNDER SEAL** |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: January 30, 2020

Hon. Kendall J. Newman
United States Magistrate Judge

SEALING ORDER 1